| PROB 22 (Rev. 2/88) **TJS** TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 02-CR-81-02(SHS) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 15-145 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Carlos Santana | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Sidney H. Stein, Senior U.S. District Judge | |
| FILED APR 9 2015 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 22, 2013 — TO February 21, 2016 |

| OFFENSE |
|---|
| Conspiracy to Interfere with Interstate Commerce by Robbery of a Commercial Establishment {18 U.S.C.}, a Class C Felony |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_March 20, 2015_            _[signature]_
Date                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania.**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_April 13, 2015_            _[signature]_
Effective Date               United States District Judge